IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-168-GPG-MEH

SANDRA M. MAEZ, an individual

    Plaintiff

vs.

JORDAN SCOTT KISER, an individual, and UBER TECHNOLOGIES, INC., a corporation

    Defendant

___

### ORDER FOR DISMISSAL
___

THIS COURT, having reviewed the Notice of Settlement and Request for Dismissal filed on November 27, 2023, the file, and being otherwise fully advised, does hereby ORDER the following:

1.  With reference to the above-captioned matter, Civil Action Number 1:23-cv-168-GPG-MEH, Plaintiff voluntarily dismisses the lawsuit, with prejudice, with each party to bear its own costs and attorney's fees.

SO ORDERED at Denver, Colorado, this 27th day of November, 2023.

BY THE COURT:

_____
Gordon P. Gallagher
United States District Judge